# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESTER EUGENE SELANDER, JR.,
A/K/A SELANDER LESTER EUGENE,
JR.,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 73370

FILED

AUG 2 4 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on April 24, 2017. The district court served notice of entry of that order on appellant on May 3, 2017. Appellant did not file the notice of appeal, however, until June 22, 2017, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]In light of this order, we take no action on the pro se motion filed on July 19, 2017.

17-28474

cc: Hon. Douglas Smith, District Judge
Lester Eugene Selander, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A